MOY CHUNG v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,043. Appeal from the District Court of the United States for the Western District of Texas. Volney M. Brown, for ap-

pellant. Charles A. Boynton, for the United States. Before PARDEE and SHELBY, Circuit Judges; and GRUBB, District Judge.

PER CURIAM. We reach the same conclusion on the facts as the court below, and the decree of the District Court is affirmed.